No. 04-8696. ZHANG v. APEX HOME & BUSINESS RENTALS, INC. Cir. Ct. Jefferson County, W. Va. Certiorari denied.

No. 04-8697. SHORTER v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 04-8701. HOWELL v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 04-8703. CORNELIUS v. CORNELIUS. Ct. App. Ga. Certiorari denied.

No. 04-8707. BELL v. TRUE, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 04-8708. MURPHY v. VALADEZ, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04-8710. BALAJ ET UX. v. GONZALES, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 04-8711. NALLS v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 04-8716. HENDERSON v. CASTRO, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04-8717. HOLMES v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 04-8721. CHRISTENSEN v. STAMMEN. C. A. 7th Cir. Certiorari denied.

No. 04-8725. ACOSTA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04-8729. HARTWELL v. BAZZLE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04-8737. HALL v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 04-8739. GARY v. HINKLE, WARDEN. C. A. 4th Cir. Certiorari denied.